IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ADAM RAY ROEDEL                                                                PLAINTIFF

v.                                         No. 3:12-cv-51-DPM

CRAIGHEAD COUNTY DETENTION CENTER                    DEFENDANT

ORDER

Roedel filed his pro se complaint in February. He did not pay the filing fee or file a motion to proceed *in forma pauperis*. He must do one or the other by 31 May 2012 or the Court will dismiss without prejudice for failure to prosecute.

So Ordered.

D.P. Marshall Jr.
United States District Judge

14 May 2012