IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ADAM RAY ROEDEL                                                    PLAINTIFF

v.                              No. 3:12-cv-51-DPM

CRAIGHEAD COUNTY DETENTION CENTER            DEFENDANT

ORDER

Roedel filed his pro se complaint in February. He did not pay the filing fee or file a motion to proceed *in forma pauperis*. He must do one or the other by 31 May 2012 or the Court will dismiss without prejudice for failure to prosecute.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 May 2012