## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**ADAM RAY ROEDEL**                                    **PLAINTIFF**

v.                            **No. 3:12-cv-51-DPM**

**CRAIGHEAD COUNTY DETENTION CENTER**          **DEFENDANT**

### ORDER

The Court issued an Order in May warning Roedel that his case would be dismissed unless he paid the filing fee or filed a motion to proceed *in forma pauperis*. *Document No. 2*. That Order was mailed to Roedel but returned by the postal service. *Document No. 4*. More than 30 days have passed with no word from Roedel. Local Rule 5.5(c)(2) provides that a *pro se* litigant must "promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, . . . monitor the progress of the case, and . . . prosecute or defend the action diligently." Because Roedel has failed to do so, the Court dismisses his complaint without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

9 July 2012