# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**ADAM RAY ROEDEL**                                        **PLAINTIFF**

v.                     No. 3:12-cv-51-DPM

**CRAIGHEAD COUNTY DETENTION CENTER**         **DEFENDANT**

## JUDGMENT

Roedel's complaint is dismissed without prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 July 2012