IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ADAM RAY ROEDEL                                              PLAINTIFF

v.                       No. 3:12-cv-51-DPM

CRAIGHEAD COUNTY DETENTION CENTER              DEFENDANT

JUDGMENT

Roedel's complaint is dismissed without prejudice.

*signature*
D.P. Marshall Jr.
United States District Judge

9 July 2012